# EXHIBIT

# 14

Meta will build hyperscale data centers optimized for both training and inference in support of the company's long-term AI infrastructure roadmap. This partnership will enable the large-scale deployment of NVIDIA CPUs and millions of NVIDIA Blackwell and Rubin GPUs, as well as the integration of NVIDIA Spectrum-X™ Ethernet switches for Meta's Facebook Open Switching System platform.

"No one deploys AI at Meta's scale — integrating frontier research with industrial-scale infrastructure to power the world's largest personalization and recommendation systems for billions of users," said Jensen Huang, founder and CEO of NVIDIA. "Through deep codesign across CPUs, GPUs, networking and software, we are bringing the full NVIDIA platform to Meta's researchers and engineers as they build the foundation for the next AI frontier."

"We're excited to expand our partnership with NVIDIA to build leading-edge clusters using their Vera Rubin platform to deliver personal superintelligence to everyone in the world," said Mark Zuckerberg, founder and CEO of Meta.

**Expanded NVIDIA CPU Deployment for Performance Boost**
Meta and NVIDIA are continuing to partner on deploying Arm-based NVIDIA Grace™ CPUs for Meta's data center production applications, delivering significant performance-per-watt improvements in its data centers as part of Meta's long-term infrastructure strategy.

The collaboration represents the first large-scale NVIDIA Grace-only deployment, supported by codesign and software optimization investments in CPU ecosystem libraries to improve performance per watt with every generation.

The companies are also collaborating on deploying NVIDIA Vera CPUs, with the potential for large-scale deployment in 2027, further extending Meta's energy-efficient AI compute footprint and advancing the broader Arm software ecosystem.

**Unified Architecture Supports Meta's AI Infrastructure**
Meta will deploy industry-leading NVIDIA GB300-based systems and create a unified architecture that spans on-premises data centers and NVIDIA Cloud Partner deployments to simplify operations while maximizing performance and scalability.

In addition, Meta has adopted the NVIDIA Spectrum-X Ethernet networking platform across its infrastructure footprint to provide AI-scale networking, delivering predictable, low-latency performance while maximizing utilization and improving both operational and power efficiency.

**Confidential Computing for WhatsApp**
Meta has adopted NVIDIA Confidential Computing for WhatsApp private processing, enabling AI-powered capabilities across the messaging platform while ensuring user data confidentiality and integrity.

NVIDIA and Meta are collaborating to expand NVIDIA Confidential Compute capabilities beyond WhatsApp to emerging use cases across Meta's portfolio, supporting privacy-enhanced AI at scale.

**Codesigning Meta's Next-Generation AI Models**
Engineering teams across NVIDIA and Meta are engaged in deep codesign to optimize and accelerate state-of-the-art AI models across Meta's core workloads. These efforts combine NVIDIA's full-stack platform with Meta's large-scale production workloads to drive higher performance and efficiency for new AI capabilities used by billions around the world.

**About NVIDIA**
NVIDIA (NASDAQ: NVDA) is the world leader in AI and accelerated computing.

Certain statements in this press release including, but not limited to, statements as to: through deep codesign across CPUs, GPUs, networking and software, NVIDIA and Meta bringing the full NVIDIA platform to Meta's researchers and engineers as they build the foundation for the next AI frontier; expectations with respect to the partnership and collaboration between NVIDIA and Meta; expectations with respect to growth, performance and benefits of NVIDIA's products, services, and technologies, and related trends and drivers; expectations with respect to technology developments and related trends and drivers; expectations with respect to AI and related industries; and other statements that are not historical facts are forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, which are subject to the "safe harbor" created by those sections based on management's beliefs and assumptions and on information currently available to management and are subject to risks and uncertainties that could cause results to be materially different than expectations. Important factors that could cause actual results to differ materially include: global economic and political conditions; our reliance on third parties to manufacture, assemble, package and test our products; the impact of technological development and competition; development of new products and technologies or enhancements to our existing product and technologies; market acceptance of our products or our partners' products; design, manufacturing or software defects; changes in consumer preferences or demands; changes in industry standards and interfaces; unexpected loss of performance of our products or technologies when integrated into systems; and changes in applicable laws and regulations, as well as other factors detailed from time to time in the most recent reports NVIDIA files with the Securities and Exchange Commission, or SEC, including, but not limited to, its annual report on Form 10-K and quarterly reports on Form 10-Q. Copies of reports filed with the SEC are posted on the company's website and are available from NVIDIA without charge. These forward-looking statements are not guarantees of future performance and speak only as of the date hereof, and, except as required by law, NVIDIA disclaims any obligation to update these forward-looking statements to reflect future events or circumstances.

© 2026 NVIDIA Corporation. All rights reserved. NVIDIA, the NVIDIA logo, NVIDIA Grace and NVIDIA Spectrum-X are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. Other company and product names may be trademarks of the respective companies with which they are associated. Features, pricing, availability and specifications are subject to change without notice.

## Media Contacts

Jacinda Mein
NVIDIA Corporation
press@nvidia.com

## Downloads

- Download Press Release
- Download Attachments

## More Images

NVIDIA

PLATFORMS



AUTONOMOUS MACHINES



CLOUD & DATA CENTER



DEEP LEARNING & AI



DESIGN & PRO VISUALIZATION



HEALTHCARE



HIGH PERFORMANCE COMPUTING



SELF-DRIVING CARS



GAMING & ENTERTAINMENT

OTHER LINKS

DEVELOPERS VIEW ALL PRODUCTS

INDUSTRIES GPU TECHNOLOGY CONFERENCE

SHOP NVIDIA BLOG

DRIVERS COMMUNITY

SUPPORT CAREERS

ABOUT NVIDIATECHNOLOGIES

NVIDIA

PLATFORMS


AUTONOMOUS MACHINES


CLOUD & DATA CENTER


DEEP LEARNING & AI


DESIGN & PRO VISUALIZATION


HEALTHCARE


HIGH PERFORMANCE COMPUTING


SELF-DRIVING CARS


GAMING & ENTERTAINMENT

OTHER LINKS

DEVELOPERS VIEW ALL PRODUCTS

INDUSTRIES GPU TECHNOLOGY CONFERENCE

SHOP NVIDIA BLOG

DRIVERS COMMUNITY

SUPPORT CAREERS

ABOUT NVIDIATECHNOLOGIES

[Ilya Sutskever's Safe Superintelligence Inc. and NVIDIA Announce Long-Term Strategic Partnership]

July 27, 2026



[NVIDIA Expands NVIDIA Agent Toolkit With NVIDIA PhysicsNeMo and CUDA-X Libraries to Transform How the World Engineers, Designs and Builds]

July 26, 2026

[SK Group and NVIDIA Expand Strategic Partnership Across AI Factories and Next-Generation Memory]

July 24, 2026

Global contacts for media inquiries.

All Contacts

## Stay Informed

Newsroom updates delivered to your inbox.

Subscribe

NVIDIA

PLATFORMS


AUTONOMOUS MACHINES


CLOUD & DATA CENTER


DEEP LEARNING & AI


DESIGN & PRO VISUALIZATION


HEALTHCARE


HIGH PERFORMANCE COMPUTING


SELF-DRIVING CARS


GAMING & ENTERTAINMENT

OTHER LINKS

DEVELOPERS VIEW ALL PRODUCTS

INDUSTRIES GPU TECHNOLOGY CONFERENCE

SHOP NVIDIA BLOG

DRIVERS COMMUNITY

SUPPORT CAREERS

ABOUT NVIDIATECHNOLOGIES