# EXHIBIT

# 15

META

# Meta and NVIDIA Announce Long-Term Infrastructure Partnership

February 17, 2026

LISTEN TO ARTICLE

## Takeaways

- We're announcing a new, long-term partnership with NVIDIA that will supply technology for our AI-optimized data centers, enabling us to pursue our AI ambitions.

Today, we're excited to announce a multi-year strategic partnership with NVIDIA to advance our long-term AI infrastructure roadmap. The large-scale deployment of NVIDIA technology builds on our existing relationship and will support Meta's build-out of data centers optimized for AI training and inference, as well as our core business. These advances will also deliver substantial improvements in performance per watt, supporting more efficient AI operations at scale.

"No one deploys AI at Meta's scale — integrating frontier research with industrial-scale infrastructure to power the world's largest personalization and recommendation systems for billions of users," said Jensen Huang, founder and CEO of NVIDIA. "Through deep co-design across CPUs, GPUs, networking, and software, we are bringing the full NVIDIA platform to Meta's researchers and engineers as they build the foundation for the next AI frontier."

Meta has also adopted:

- NVIDIA Confidential Computing for WhatsApp private messaging, enabling AI-powered capabilities across the messaging platform, while ensuring user data confidentiality and integrity.
- NVIDIA Spectrum-X Ethernet networking platform across its infrastructure footprint to provide AI-scale networking, delivering predictable, low-latency performance while maximizing utilization and improving both operational and power efficiency.

As part of this multi-generational collaboration, engineering teams across Meta and NVIDIA will optimize and accelerate state-of-the-art AI models across our core workloads to drive performance and efficiency for new AI capabilities used by billions around the world.

> "We're excited to expand our partnership with NVIDIA to build leading-edge clusters using their Vera Rubin platform to deliver personal superintelligence to everyone in the world."
>
> *– Mark Zuckerberg, Founder and CEO of Meta*

Learn more about the partnership on NVIDIA's newsroom.

RECENT NEWS

We're Upgrading Your WhatsApp Group Chats

Introducing WhatsApp Web Calling, Plus More New Features

Meta Announces New Strategic Venture With BlackRock to Develop Data Center in El Paso

Announcing the AI Glasses Impact Grant Recipients: Helping People Work, Learn, and Live More Independently

To help personalize content, tailor and measure ads, and provide a safer experience, we use cookies. By clicking or navigating the site, you agree to allow our collection of information on and off Facebook through cookies. Learn more, including about available controls: Cookie Policy

Categories: Meta, Technology and Innovation

DOWNLOAD ALL IMAGES

Tags: AI, Data Centers, Infrastructure

Share this article

RELATED NEWS

META

Infrastructure Explained: Compute Power

June 10, 2026



© 2026 Meta Community Standards Data Policy Terms Cookie policy United States (English)

To help personalize content, tailor and measure ads, and provide a safer experience, we use cookies. By clicking or navigating the site, you agree to allow our collection of information on and off Facebook through cookies. Learn more, including about available controls: Cookie Policy