# EXHIBIT

# 17

POSTED ON SEPTEMBER 29, 2025 TO AI RESEARCH, DATA CENTER ENGINEERING, DATA INFRASTRUCTURE, DEVINFRA, ML APPLICATIONS, NETWORKING & TRAFFIC, PRO

# Meta's Infrastructure Evolution and the Advent of AI




By Yee Jiun Song, Kaushik Veeraraghavan






connecting a few thousand people

l of software systems on a small flee
to overcome them.

cture. Building infrastructure for AI
networks, to our data centers themselves.

Facebook was built on the open source Linux, Apache, MySQL, and PhP (LAMP) stack. True to our roots, much of our papers or open source hardware and software systems. We remain committed to this open source vision and describ systems as we push the frontiers of computer science.

## Scaling Our Infrastructure Stack (2004 – 2010)

In our earliest years, we focused our engineering work on scaling our software stack. As Facebook expanded from Ha to Facebook would connect to a set of common web servers that would in turn connect each student to their universi who attended other universities — this was the birth of our social graph that interconnected everyone on the social n

As Facebook expanded beyond universities to high schools and then the general public, there was a dramatic increas Memcache deployments and then building entirely new software systems such as the TAO social graph, and a whole ranking service for News Feed and a photo service for sharing photos and videos.

Soon, we were expanding beyond the US to Europe. Scaling our software systems was critical, but no longer sufficient started scaling our physical infrastructure. We expanded beyond small co-location facilities in the Bay Area to a co-lo Forest City, N.C.

As our physical infrastructure scaled to multiple data centers, we ran into two new problems. First, we needed to conn tackled this problem by aggressively building out our edge infrastructure where we obtained some compute capacity network that connected the ISP to our data centers. Second, we needed to replicate our entire software stack to eac actual physical location they connected to. This required us to build a high bandwidth, multipath backbone network t fiber network to connect the various co-location facilities in California and Virginia to our new data centers in Oregor

As our user base grew globally, we scaled beyond single data center buildings and into data center regions consisting now operate hundreds of points-of-presence (POPs) across the world.

## The Challenges of Scaling (2010 – 2020)

Building out a global infrastructure also brought along all of the complex corner cases of computer science.

### Cache Consistency

First, we needed to solve for cache consistency. We saw issues where people would receive notifications about being receive messages out-of-order. These problems manifested because we were serving a fraction of our user base out notifications and see the right data, while people in a different region would experience a lag as the data update was experience. We solved these problems by building novel software systems that delivered cache invalidations, eventuc

### Fleet management

As we added new data center regions and grew our machine fleet, we also had to develop new abstractions to mana

- Twine: a cluster management system that scales to manage millions of machines in a data center region.
- Tectonic: a data center scale distributed file system.
- ZippyDB: a strongly consistent distributed key value store.
- Shard Manager: a global system to manage tens of millions of shards of data, hosted on hundreds of thousands 
- Delos: a new control plane for our global infrastructure.
- Service Router: to manage our global service mesh.

We developed the above systems, and many others, so we could operate a global fleet of millions of machines, while a

### Masking hardware failure

More machines also implies a higher likelihood of failure. To address this, we worked to ensure that we could mask fail accomplished this by building new systems like:

- Kraken: which leverages live traffic load tests to identify and resolve resource utilization bottlenecks.
- Taiji: to manage user traffic load balancing.
- Maelstrom: which handled data center-scale disasters safely and efficiently while minimizing user impact.

We continue to invest heavily in reliability and fault tolerance as stability is critical for all the people who use our serv

## Enter AI Workloads (2020)

While we were navigating the challenges of scaling, we were also seeing glimpses of how AI workloads would impact 

### The Emergence of GPUs

Our first encounter with AI-induced infrastructure challenges actually started in the late 2010s when short-form vide wanted personalized recommendations – this differed dramatically from our format of ranking content to date.

Meta's apps were built on the premise that people are part of communities with shared interests. Thus, Facebook sur understanding of the individual and their interests. In contrast, if you want to give people an entertaining stream of sh platform and pick videos that are interesting to every single person.

This is a significantly different problem. In the first case, all we're ranking is content that someone's friends (typically ju content that has been uploaded, which is orders of magnitude larger than the number of friends each person has. An for each piece of content.

This is where GPUs and other AI accelerators enter the picture. In contrast to a CPU which is primarily a load-store m magnitude more computation than a CPU.

When given an extremely large corpus of data, for example, a video library, we can build an embedding, which is a ma the context of the video in a lower-dimensional space so that semantically similar content is positioned close to each they navigate through a library of videos and predict future videos that they might be interested in. Thus, AI combines GPU to provide personalized recommendations.

Internet services scaled throughout the 2000s and 2010s by buying CPUs/memory/hard drives that were extremely c contrast, an AI cluster is a high performance computational system consisting of hundreds or even thousands of extre latency network, and a custom software stack optimized to squeeze the maximum performance out of the system.

Our initial AI clusters interconnected 4k GPUs that were used to train our ranking and recommendation models.




*Right as we built our first 4k AI cluster, we realized that we neec*
*infrastructure across data center space, cooling, mechanical sy*
*storage, and software. And the challenges have only grown as*
*scale and complexity.*

## The Rise of Large Language Models (2022)

This remained the case until large language models (LLMs) started to take off in 2022. At the time, while our AI cluster

When we started to train LLMs, this quickly changed.

LLMs required dramatically more compute capacity, and the more compute you were able to throw at the pretraining
our training job sizes from 128 GPUs to 2k and then 4k GPUs.

For the first time, we were regularly dealing with training jobs where we needed thousands of GPUs to run synchronou

We quickly learned that scaling training jobs came with all kinds of challenges. GPUs can fail, memory can have errors
machines you have, the more likely you are to experience failure. Except this time, it was not so easy to avoid the failu
your request on a different machine — in the case of AI training workloads, your entire training cluster is running one
making progress because of how long it takes to checkpoint and restart jobs. Through collaboration with the industry
on normalized interruption/reliability metrics).As we built larger clusters, we also invested in fundamental research ar
ranking and recommendation models. For instance, [Hierarchical Sequential Transduction Units (HSTU)] accelerated tr

## Accelerating Our GPU Scale and AI Infrastructure (2023)

As we were working to get our 4k jobs to run well, we also realized we needed to figure out how to build even larger cl
the power available in a data center building, which is typically low 10s of megawatts. This led to us to build [two cluste
allowed us to explore different network technologies while providing our AI teams with the capacity they needed to tr

While our two 24k clusters were amongst the largest in the world in 2023, our AI researchers were finding that the mo performant the LLM models became. Thus, our infrastructure engineers were tasked with scaling our AI cluster up by

To accomplish this, we did something we had never done in Meta's history: As we mentioned, Meta's data centers are emptying out five production data centers we were able to build a single AI cluster with 129k H100 GPUs – all in a matt



*Our data centers are typically made up of multiple buildings in a single location.*

The final challenge that we are tackling is one of efficiency: What hardware and software solutions can most efficient capacity?

Unfortunately, our AI workloads are not homogenous. The ranking and recommendation models that deliver personal themselves are rapidly evolving. We are quickly moving beyond the pre-training era to one where reinforcement learr importance and require custom hardware and software support.

Given the size of Meta's AI ambitions, we need to work with different vendors to encourage market diversity. We belie the long run.

To build out our AI infrastructure, we've leveraged solutions from partners like AMD and NVIDIA as well as our own cus racks house 72 NVIDIA Blackwell GPUs that consume ~140kW of power! We do not have facility liquid cooling in our tr racks so the heat wouldn't melt the machines!



*Our GB200 rack, Catalina, with AALC systems connected into single pod.*



*A look at the rear of one of our AALC systems.*

This pod, together, produces 360 PFLOPS of FP16 compute capacity. To put things in perspective, this pod consumes
thousand times the compute capacity! We are also starting to work with the next system, GB300, which is an improve

We have invested in other AI accelerators such as AMD's MI300, which serves a variety of workloads at Meta. We hav
from our developers as much as possible. Here is where open source software stacks such as PyTorch and Triton hav

## Meta Training & Inference Accelerator (MTIA)

We have also invested heavily in developing our own silicon. The Meta Training and Inference Accelerator (MTIA) is o
deployed at scale in our data centers, primarily serving our ads workloads, and has given us massive benefits in effici

This is only the beginning of our silicon program. Our training chip for ranking and recommendations is also starting t
that we expect to deploy in the next couple of years.



*MTIA v2, which will power our ranking and recommendation ads models.*

As we've been diving further into designing our own silicon we've encountered some scaling challenges.

### The Need for Advanced Packaging Techniques

Transistors aren't scaling at the same pace as the need for performance. Right now, reticle size is limited to 830 mm$^2$, their only option is to invest in more dies.

Working with LLMs we've found that the need to scale is so innate that it forces us into this exact scenario to keep up compounded by the fact that these dies can only be placed adjacently through advanced 2.5D and 3D packaging, wh efficiency and cooling as well.

We suspect that, along with advanced cooling solutions, advanced packaging techniques can help overcome these c I/O).

## Investing in Solutions for Memory Disaggregation

The rise of reasoning models, test-time inference, and reinforcement learning are all adding additional pressure to me
to the compute chiplets to maximize I/O bandwidth. But we only have so much silicon beachfront, so we have to make
versus network bandwidth. Not to mention that adding several HBMs creates more cooling concerns.

Investing in higher performance networks instead and locating high bandwidth memory off-chip, or even off machine

## The Case for Silicon Photonics

As we have been planning our silicon roadmap, we've found that the minimum power budget for each rack has grown
with increasing power demands.

Silicon photonics, which offer a range of benefits, such as allowing for faster signaling over larger distances, could sig

Advanced optical solutions like these are also the only viable path to increasing shoreline beyond 3.2T and moving be

These solutions would come with challenges of their own, such as higher power consumption and less reliability comp
between different technologies and vendors, more reliable than electrical signaling, and capable of being manufactu

We are actively engaging in research to tackle these difficult hardware challenges and collaborating with the industr

## The Role of Open Standards in Scaling AI

While the proliferation of hardware provides options and allows us to handle workload heterogeneity by matching cu
challenges for hyperscalers, cloud operators, and hardware and software developers.




*A subset of the accelerators we've introduced into production in 2025.*

From an operator point of view, it is difficult for Meta to deal with 5-6 different SKUs of hardware deployed every year
underutilized hardware. It is difficult for software engineers to think about building and optimizing workloads for diffe
and applications, then there will be strong resistance to adoption of new hardware. In fact, the current state of affairs
know what data center, rack, or power specifications to build for.

What is needed here are open standards, open weight models, and open source software.

Open source software like PyTorch and Triton can help by providing a consistent programming interface for machine developers cost efficient access to high quality LLMs, and at the same time, give infrastructure and hardware engine

From the very beginning, we've been strong supporters of open hardware for data center infrastructure. We were a fo contributor of technical content and IP into it. Since its inception, Meta has made 187 contributions (approximately 25 operationally by improving consistency in our fleet, financially through economies of scale, and technologically by enc produce great results in our general purpose compute fleet, the benefits will only be amplified in the era of AI.

Last year at the annual OCP Global Summit, for example, we unveiled Catalina, our open-design, high-powered rack f features a single monolithic system design with fully integrated power, control, compute, and fabric interfaces.

But we have a long way to go in continuing to push open standards. We need standardization of systems, racks and p us continue to innovate quickly and deploy at scale as we build out the next generation of data centers and power gr rack standards to accommodate AI needs.

We need standardization of the scale up and scale out network that these AI clusters use so that customers can mix/ effective hardware. We need software innovation and standards to allow us to run jobs across heterogeneous hardw need to exist all the way through the stack, and there are massive opportunities to eliminate friction that is slowing d

## The Next Stage (2026 and Beyond)

No one can say for certain how the AI field will continue to evolve. Yet, what we do know is that computational capabi

At Meta, our goal is to build models that will deliver the best, most engaging experiences, and act as personal assista

Building the infrastructure for models this sophisticated means actively addressing challenges throughout our data c to memory disaggregation, while enabling scalable networks through optics.

Our next AI cluster, Prometheus, will be a 1-gigawatt cluster spanning across multiple data center buildings. Construc spanning five or more data center buildings in a single data center region. While a region is large, it is a small fraction accomplished this by building this cluster across several of our traditional data center buildings as well as several we stack, including Twine and MAST, to support long-distance training across a geographically distributed set of data ce



*Prometheus, our 1-gigawatt cluster, is currently underway.*

We also have an even larger cluster, Hyperion, expected to come online beginning in 2028. Once finished, the Hyperion



*The Hyperion cluster will have a 5-gigawatt capacity once complete.*

We are still early in the evolution and adoption of AI workloads. The last few years have been busy, but the next few y
show no signs of slowing down.



◂ **Prev**
Networking at the Heart of AI — @Scale: Networking 2025 Recap

**Next** ▸
Meta 3D AssetGen: Generating 3D Worlds With AI



## Read More in AI Research




AUG 3, 2026

GEM Training: How Meta Doubled the Efficiency of Its LLM-Scale Ads Foundation Model



JUL 15, 2026

Exploring Hierarchical Interest Representation For Meta Ads Deep Funnel Optimization




JUN 30, 2026

10 Years of Meta's Commitment to Python




FEB 24, 2026

RCCLX: Innovating GPU Communications on AMD Platforms




OCT 17, 2025

Scaling LLM Inference: Innovations in Tensor Parallelism, Context Parallelism, and Expert Parallelism



SEP 30, 2025

LLMs Are the Key to Mutation Testing and Better Compliance

## Related Posts




Oct 15, 2024

Meta's open AI hardware vision




Jul 16, 2025

Using AI to make lower-carbon, faster-curing concrete



Dec 03, 2024

Powering AI innovation by acccelerating the next wave of nuclear

## Related Positions

AI Specialist (Technical Leadership) - Product and Applied Research

MENLO PARK, US

Research Scientist - Reality Labs

NEW YORK, US

Visiting Researcher, Meta Superintelligence Labs

MENLO PARK, US

Systems Engineer, RF and Wireless
REDMOND, US

Research Scientist, Camera and Sensor Systems
BURLINGAME, US

See All Jobs

## Available Positions

AI Specialist (Technical Leadership) - Product and Applied Research
MENLO PARK, US
Research Scientist - Reality Labs
NEW YORK, US
Visiting Researcher, Meta Superintelligence Labs
MENLO PARK, US
Systems Engineer, RF and Wireless
REDMOND, US
Research Scientist, Camera and Sensor Systems
BURLINGAME, US

See All Jobs

## Technology at Meta

Engineering at Meta - X
Follow

AI at Meta
Read

Meta Quest Blog
Read

Meta for Developers
Read

Meta Bug Bounty
Learn more

RSS
Subscribe

## Open Source

Meta believes in building community through open source technology. Explore our latest projects in Artificial Intelligence, Data Infrastructure, Development Tools, Front End, Languages, Platforms, Security, Virtual Reality, and more.

ANDROID
iOS
WEB
BACKEND
HARDWARE

Learn More

Meta

Engineering at Meta is a technical news resource for engineers interested in how we solve large-scale technical challenges at Meta.

Home

Company Info

Careers

© 2026 Meta

TermsPrivacyCookiesHelp