**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Respondent. | Misc. Case No. 7:26-mc-00322<br><br>Principal case pending in Western District of Texas, Civil Action No. 7:24-cv-00221-LS-DTG |

**JOINT STIPULATION AND MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL COMPLIANCE WITH SUBPOENA SERVED ON THIRD-PARTY META PLATFORMS, INC.**

Plaintiff Neural AI, LLC and Third-Party Respondent Meta Platforms, Inc. stipulate and jointly move to extend Meta's deadline to respond to Neural AI's Motion to Compel Compliance with Subpoena to September 1, 2026. The requested extension is agreed and will not affect any other deadline or hearing.

DATED: Monday, August 24, 2026

SUSMAN GODFREY L.L.P.
By: */s/ Rocco Magni*
Max L. Tribble
Texas State Bar 20213950
Brian D. Melton
Texas State Bar 24010620
Rocco Magni
Texas State Bar 24092745
Samuel Drezdzon
Texas State Bar 24117374
SUSMAN GODFREY L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366

Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com
sdrezdzon@susmangodfrey.com

Tamar Lusztig
NY State Bar 5125174
Emily Portuguese
NY State Bar 5920327
One Manhattan West, 50th Floor
New York, NY 10001
tlusztig@susmangodfrey.com
eportuguese@susmangodfrey.com

Tanner Laiche
WA State Bar 60450
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

*Counsel for Petitioner Neural AI, LLC*

ASHURST PERKINS COIE US LLP
By: */s/ Alison R. Watkins*
Alison R. Watkins,
Bar No. 253023
alison.watkins@ashurstperkins.com
ASHURST PERKINS COIE US LLP
3150 Porter Drive
Palo Alto, California 94304-1212

*Counsel for Respondent Meta Platforms, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court through the CM/ECF system. By electronically filing, the CM/ECF system shall send notification of such filing to counsel of record for each party and those registered to receive a Notice of Electronic Filing for this case.

DATED: August 24, 2026

**SUSMAN GODFREY L.L.P.**

By: /s/ *Rocco Magni*
Rocco Magni