# EXHIBIT

# 10

**Subject:** RE: Neural AI v. Nvidia, 24-cv-221 (W.D. Tex.), Subpoenas to Meta
**Date:** Tuesday, July 7, 2026 at 9:01:58 AM Pacific Daylight Time
**From:** Pierce, Matt
**To:** Tanner Laiche, Max Tribble, Brian Melton, Samuel Drezdzon, Tamar Lusztig, Emily Portuguese
**CC:** Watkins, Alison, Rocco Magni, Richard Wojtczak, Rachel Hanna

EXTERNAL Email
Hi Tanner,

Nice to meet you. Thanks for the week. We'll serve our objections and responses by Thursday, 7/16.

Best,
Matt

**Matt Pierce**
Counsel

D: +1 303 291 2369

**Ashurst Perkins Coie**
1900 Sixteenth Street Suite 1400
Denver, CO 80202-5255
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Sent:** Monday, July 6, 2026 6:19 PM
**To:** Pierce, W. Matt (DEN) <wpierce@perkinscoie.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>
**Cc:** Watkins, Alison (PAO) <awatkins@perkinscoie.com>; Rocco Magni <RMagni@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>
**Subject:** Re: Neural AI v. Nvidia, 24-cv-221 (W.D. Tex.), Subpoenas to Meta

Counsel,

Thanks for reaching out. Given the upcoming close of fact discovery, Neural AI is not able to agree to a two-week extension. That said, we can agree to a one-week extension for Meta's written objections/responses to the subpoena(s).

Regards,

**Tanner Laiche**

**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Pierce, Matt <wmatthew.pierce@ashurstperkins.com>
**Date:** Monday, July 6, 2026 at 12:28 /span>PM
**To:** Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; miagni@susmangodfrey.com <miagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>
**Cc:** Watkins, Alison <alison.watkins@ashurstperkins.com>
**Subject:** Neural AI v. Nvidia, 24-cv-221 (W.D. Tex.), Subpoenas to Meta

EXTERNAL Email
Hi counsel,

We've been engaged to represent Meta in regards to Neural AI's subpoenas to Meta in the Nvidia case (24-cv-221 W.D. Tex.). Our objections and responses are currently due this Thursday, 7/9. We're just getting up to speed and need some time to respond. We'd appreciate the courtesy of a two-week extension for our objections and responses to 7/23. Please confirm if that's ok.

Thanks,
Matt Pierce

**Matt Pierce**
Counsel

D: +1 303 291 2369

**Ashurst Perkins Coie**
1900 Sixteenth Street Suite 1400
Denver, CO 80202-5255
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.