# EXHIBIT

# 11

---

**Subject:** Re: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG
**Date:** Tuesday, August 4, 2026 at 11:27:49 AM Pacific Daylight Time
**From:** Tanner Laiche
**To:** Watkins, Alison, Rocco Magni, Brian Melton, Max Tribble, Samuel Drezdzon, Emily Portuguese, Tamar Lusztig, max@ciccarellilawfirm.com, wellerman@cjsjlaw.com, msiegmund
**Attachments:** Neural AI, Third-Party Questions.docx, Neural AI, Draft Third-Party Declaration.docx

Counsel,

Thank you for your email. Despite the parties' prior meet-and-confers, document discovery in the underlying action closes on August 11. Unless the parties can promptly reach a resolution, that deadline leaves Neural AI no practical alternative but to move to compel by the end of this week or, at the latest, August 10, to preserve its rights.

To reduce burden and potentially avoid motion practice, I am attaching a short set of questions intended to guide your investigation and help identify the responsive information, and also recirculating the draft declaration we previously shared, and that Meta may revise to ensure its accuracy.

If Meta commits to provide an executed declaration, Neural AI is willing to consider accepting the declaration in lieu of further document production and/or deposition testimony, subject to resolving any material gaps. Otherwise, the discovery deadline will force Neural AI to move to compel by or before August 10 to preserve its rights. Even if a motion becomes necessary, we remain open to resolving the issues promptly and mooting or withdrawing the motion through compliance.

We are available this week to further meet and confer as necessary.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Watkins, Alison <alison.watkins@ashurstperkins.com>
**Date:** Tuesday, August 4, 2026 at 6:10 AM
**To:** Rocco Magni <RMagni@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; max@ciccarellilawfirm.com <max@ciccarellilawfirm.com>; Tanner Laiche

<TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com <wellerman@cjsjlaw.com>; msiegmund <msiegmund@cjsjlaw.com>
**Subject:** RE: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG

EXTERNAL Email
Rocco,

I appreciate your deadline, but Meta is a large company and we are still investigating the extent to which Meta uses any of the long list of Nvidia software identified in the subpoena. I will be in touch with more information at the end of the week.

Regards,
Alison

**Alison Watkins**
Partner

D: +1 650 838 4776

**Ashurst Perkins Coie**
3150 Porter Drive
Palo Alto, CA 94304-1212
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Sunday, August 2, 2026 6:55 PM
**To:** Watkins, Alison (PAO) <awatkins@perkinscoie.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; max@ciccarellilawfirm.com; Tanner Laiche <TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com; msiegmund <msiegmund@cjsjlaw.com>
**Subject:** Re: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG

Alison,

Our discovery deadline is approaching soon. Please let us know when you can confer again this upcoming week. Thanks.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**

This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Date:** Wednesday, July 29, 2026 at 4:14 PM
**To:** Watkins, Alison <alison.watkins@ashurstperkins.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; max@ciccarellilawfirm.com <max@ciccarellilawfirm.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com <wellerman@cjsjlaw.com>; msiegmund <msiegmund@cjsjlaw.com>
**Subject:** Re: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG

Alison,

Thanks for the update. To clarify, we have not agreed to drop our document requests. In the abstract, we would be amenable to a declaration in lieu of the documents, depending on the level of detail you are able to provide in the declaration. When do you anticipate having more information to share? Thanks.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

**From:** Watkins, Alison <alison.watkins@ashurstperkins.com>
**Date:** Wednesday, July 29, 2026 at 5:10 PM
**To:** Rocco Magni <RMagni@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; max@ciccarellilawfirm.com <max@ciccarellilawfirm.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com <wellerman@cjsjlaw.com>; msiegmund <msiegmund@cjsjlaw.com>
**Subject:** RE: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG

EXTERNAL Email
Rocco,

Thank you for confirming that Neural AI would accept a declaration in lieu of deposition testimony and providing this template. Meta is still investigating its use of the software identified in the

subpoena and I will be in touch when I have more information. Matt is departing Ashurst Perkins Coie so I will be your contact for this subpoena going forward.

Regards,

**Alison Watkins**
Partner

D: +1 650 838 4776

**Ashurst Perkins Coie**
3150 Porter Drive
Palo Alto, CA 94304-1212
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Tuesday, July 28, 2026 4:44 PM
**To:** Pierce, W. Matt (DEN) <wpierce@perkinscoie.com>; Walkup, Matthew (SFO) <mwalkup@perkinscoie.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; max@ciccarellilawfirm.com; Tanner Laiche <TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com; msiegmund <msiegmund@cjsjlaw.com>
**Cc:** Watkins, Alison (PAO) <awatkins@perkinscoie.com>
**Subject:** Re: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG

Matt,

Attached is the declaration template I referred to on our call. Do you have time later this week to connect on an update?

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Date:** Monday, July 20, 2026 at 1:31 PM
**To:** Pierce, Matt <wmatthew.pierce@ashurstperkins.com>; Walkup, Matthew <matthew.walkup@ashurstperkins.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon

<SDrezdzon@susmangodfrey.com>; Emily Portuguese
<EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>;
max@ciccarellilawfirm.com <max@ciccarellilawfirm.com>; Tanner Laiche
<TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com <wellerman@cjsjlaw.com>;
msiegmund <msiegmund@cjsjlaw.com>
**Cc:** Watkins, Alison <alison.watkins@ashurstperkins.com>
**Subject:** Re: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG
Matt,

Let’s do 10am pacific on 7/21. Thanks.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**

This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Pierce, Matt <wmatthew.pierce@ashurstperkins.com>
**Date:** Friday, July 17, 2026 at 5:01 PM
**To:** Rocco Magni <RMagni@susmangodfrey.com>; Walkup, Matthew
<matthew.walkup@ashurstperkins.com>; Brian Melton <BMelton@SusmanGodfrey.com>;
Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon
<SDrezdzon@susmangodfrey.com>; Emily Portuguese
<EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>;
max@ciccarellilawfirm.com <max@ciccarellilawfirm.com>; Tanner Laiche
<TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com <wellerman@cjsjlaw.com>;
msiegmund <msiegmund@cjsjlaw.com>
**Cc:** Watkins, Alison <alison.watkins@ashurstperkins.com>
**Subject:** RE: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG
EXTERNAL Email
Hi Rocco,

We’re currently available to confer Tuesday, 7/21, between 10am-12pm PT, or Thursday, 7/23, between 9am-10am PT or 11am-12pm PT.

Best,
Matt

**Matt Pierce**
Counsel

D: +1 303 291 2369

**Ashurst Perkins Coie**
1900 Sixteenth Street Suite 1400
Denver, CO 80202-5255
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Friday, July 17, 2026 9:06 AM
**To:** Walkup, Matthew (SFO) <mwalkup@perkinscoie.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; max@ciccarellilawfirm.com; Tanner Laiche <TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com; msiegmund <msiegmund@cjsjlaw.com>
**Cc:** Watkins, Alison (PAO) <awatkins@perkinscoie.com>; Pierce, W. Matt (DEN) <wpierce@perkinscoie.com>
**Subject:** Re: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG

Counsel,

Please provide your availability next week to meet and confer. Thanks.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Walkup, Matthew <matthew.walkup@ashurstperkins.com>
**Date:** Thursday, July 16, 2026 at 8:32 PM
**To:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; max@ciccarellilawfirm.com <max@ciccarellilawfirm.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com <wellerman@cjsjlaw.com>; msiegmund <msiegmund@cjsjlaw.com>
**Cc:** alison.watkins@ashurstperkins.com <alison.watkins@ashurstperkins.com>; wmatthew.pierce@ashurstperkins.com <wmatthew.pierce@ashurstperkins.com>
**Subject:** Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG
EXTERNAL Email
Good afternoon,

Attached please find Non-Party Meta Platform, Inc.'s Objections and Responses to Plaintiff Neural AI, LLC's Subpoenas to Meta Platforms, Inc.

~Matt

**Matthew Walkup**
Legal Practice Assistant

D: +1 415 344 7118

**Ashurst Perkins Coie**
505 Howard Street Suite 1000
San Francisco, CA 94105-3204
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.