# EXHIBIT

# 16

# Meta Works with NVIDIA to Build Massive AI Research Supercomputer

Meta's AI supercomputer — the largest NVIDIA DGX A100 customer system to date — will deliver Meta AI researchers 5 exaflops of AI performance and features cutting-edge NVIDIA systems, InfiniBand fabric and software enabling optimization across thousands of GPUs.

January 24, 2022 by Charlie Boyle

2 mins   0   Share



Meta Platforms gave a big thumbs up to NVIDIA, choosing our technologies for what it believes will be its most powerful research system to date.

The AI Research SuperCluster (RSC), announced today, is already training new models to advance AI.

Once fully deployed, Meta's RSC is expected to be the largest customer installation of NVIDIA DGX A100 systems.

"We hope RSC will help us build entirely new AI systems that can, for example, power real-time voice translations to large groups of people, each speaking a different language, so they could seamlessly collaborate on a research project or play an AR game together," the company said in a blog.

## Training AI's Largest Models

When RSC is fully built out, later this year, Meta aims to use it to train AI models with more than a trillion parameters. That could advance fields such as natural-language processing for jobs like identifying harmful content in real time.

In addition to performance at scale, Meta cited extreme reliability, security, privacy and the flexibility to handle "a wide range of AI models" as its key criteria for RSC.






**NVIDIA GTC Berlin Registration Is Now Open**

October 20-22

Register Now >


## Recent News

AI

**NVIDIA and Partners Build in America, for America**

August 5, 2026

AI Infrastructure

**NVIDIA Joins NSF State and Regional AI Hubs Program to Expand AI Research and Education Across the US**

August 4, 2026

Driving

**NVIDIA Alpamayo 2 Super, the Frontier Open Model for Robotaxis and Autonomous Vehicles, Now Available for Commercial Use**

August 4, 2026

## Under the Hood

The new AI supercomputer currently uses 760 NVIDIA DGX A100 systems as its compute nodes. They pack a total of 6,080 NVIDIA A100 GPUs linked on an NVIDIA Quantum 200Gb/s InfiniBand network to deliver 1,895 petaflops of TF32 performance.

Despite challenges from COVID-19, RSC took just 18 months to go from an idea on paper to a working AI supercomputer (shown in the video below) thanks in part to the NVIDIA DGX A100 technology at the foundation of Meta RSC.

Penguin Computing is our NVIDIA Partner Network delivery partner for RSC. In addition to the 760 DGX A100 systems and InfiniBand networking, Penguin provided managed services and AI-optimized infrastructure for Meta comprised of 46 petabytes of cache storage with its Altus systems. Pure Storage FlashBlade and FlashArray//C provide the highly performant and scalable all-flash storage capabilities needed to power RSC.




## 20x Performance Gains

It's the second time Meta has picked NVIDIA technologies as the base for its research infrastructure. In 2017, Meta built the first generation of this infrastructure for AI research with 22,000 NVIDIA V100 Tensor Core GPUs that handles 35,000 AI training jobs a day.

Meta's early benchmarks showed RSC can train large NLP models 3x faster and run computer vision jobs 20x faster than the prior system.

In a second phase later this year, RSC will expand to 16,000 GPUs that Meta believes will deliver a whopping 5 exaflops of mixed precision AI performance. And Meta aims to expand RSC's storage system to deliver up to an exabyte of data at 16 terabytes per second.

## A Scalable Architecture

NVIDIA AI technologies are available to enterprises of any size.

NVIDIA DGX, which includes a full stack of NVIDIA AI software, scales easily from a single system to a DGX SuperPOD running on-premises or at a colocation provider. Customers can also rent DGX systems through NVIDIA DGX Foundry.




Categories: AI Infrastructure Deep Learning Hardware Supercomputing

Tags: Artificial Intelligence Customer Stories High-Performance Computing Machine Learning NVIDIA DGX

As AI Increases Demands on Memory, Storage Steps Up

August 4, 2026

View All Recent News

0 Comments

Login ▾

Share

Best Newest Oldest

This discussion has been closed.

Subscribe Privacy Do Not Sell My Data

## Related News

AI Infrastructure

**NVIDIA Joins NSF State and Regional AI Hubs Program to Expand AI Research and Education Across the US**

Aug 4, 2026



AI Infrastructure

**NVIDIA AI Supercomputer Comes Online at Naval Postgraduate School**

Jul 22, 2026



AI Infrastructure

**NVIDIA Vera Rubin Driving Performance Per Watt, Lowest Token Cost for Partners Worldwide**

Jul 21, 2026



Networking

**Built for Vera Rubin, NVIDIA Spectrum-6 Arrives in Gigascale AI Factories**

Jul 21, 2026



Copyright © 2026 NVIDIA Corporation