# EXHIBIT

# 18

## Get personalized job recommendations from AI

The Meta AI recruiting assistant can recommend jobs based on your resume, location, and role preferences.

Upload resume for job recommendations

Hide filters

69 Items

Save this search

austin

Sort by

- Relevance
- Newest

Technologies

Facebook Messenger Instagram WhatsApp

### Project Manager, Abusive Actor Operations

Austin, TX · Online Operations · Operations

Austin, TX | Online Operations | Operations

### Supply Chain Operations Lead, Infrastructure Supply Chain

Austin, TX · AI Infrastructure +1 more · Data Center Operations +2 more

Austin, TX | AI Infrastructure | Data Center | Data Center Operations | Data Center Design, Engineering, & Construction | Operations