# EXHIBIT

# 19

Construction complete · Dec 2016 | Project Closed | Renovation/Alteration | This project is privately funded, on private land for private use.

# FACEBOOK-AUSTIN LEVEL 11

300 WEST 6TH STREET, STE# 1100, Austin, TX 78701, Austin, TX, 78701

FACEBOOK-AUSTIN LEVEL 11 is a renovation/alteration project at 300 WEST 6TH STREET, STE# 1100, Austin, in Travis County, TX, tracked from its Texas Department of Licensing and Regulation (TDLR) registration. Construction complete (TDLR inspection passed Dec 2016). The project has an estimated value of $206K.

Completed 100%

## Project Metrics

TDLR #EABPRJB6812269

| $206K | – | – | 8 months |
|---|---|---|---|
| PROJECT VALUE | SQUARE FEET | COST/SQFT | DURATION |

Registered: Mar 15, 2016 · Start: Apr 1, 2016 · Target: Dec 1, 2016

**Project Closed**
Project has been completed and closed

FACEBOOK-AUSTIN LEVEL 11 is a Renovation/Alteration project located at 300 WEST 6TH STREET, STE# 1100, Austin, TX 78701 in Austin, Texas. The project has an estimated value of $206K. CSHV-300 is the property owner and GENSLER is the design firm of record. The project was registered with TDLR on March 15, 2016.

## Frequently Asked Questions

**What is FACEBOOK-AUSTIN LEVEL 11?**
FACEBOOK-AUSTIN LEVEL 11 is a renovation/alteration project at 300 WEST 6TH STREET, STE# 1100 in Austin, Texas, registered with the Texas Department of Licensing and Regulation (TDLR). Scope of work: Interior tenant improvements to an existing office space.

**Is FACEBOOK-AUSTIN LEVEL 11 open in Austin?**
Construction on FACEBOOK-AUSTIN LEVEL 11 is complete — TDLR records show the project passed its required accessibility inspection in Dec 2016. The building is finished and very likely open.

**Where is FACEBOOK-AUSTIN LEVEL 11 located?**
FACEBOOK-AUSTIN LEVEL 11 is located at 300 WEST 6TH STREET, STE# 1100, Austin, TX, 78701, in Travis County.

**Who is the owner or developer of FACEBOOK-AUSTIN LEVEL 11?**
CSHV-300 is the property owner/developer of record for FACEBOOK-AUSTIN LEVEL 11, per its TDLR project registration.

**Who is the architect or design firm for FACEBOOK-AUSTIN LEVEL 11?**
GENSLER is the design firm of record for FACEBOOK-AUSTIN LEVEL 11, according to its TDLR filing.

**How much does FACEBOOK-AUSTIN LEVEL 11 cost and how big is it?**
FACEBOOK-AUSTIN LEVEL 11 has an estimated construction value of $206K, based on its TDLR filing.

## Scope of Work

Interior tenant improvements to an existing office space.

**Note:** This project is registered under the Texas Accessibility Standards (TAS) program. TDLR registration is required for commercial and public facility construction to ensure compliance with accessibility requirements under Texas Government Code

QUICK ACTIONS

View on TDLR

Satellite View

TDLR ID: EABPRJB6812269

PROPERTY OWNER

**CSHV-300**
Contact: Registered by TDLR
6 projects · $12.3M
View company profile

FERNANDO URRUTIA 100 WAUGH DRIVE#600, HOUSTON, TX 77007
(713) 533-5853

DESIGN FIRM

**Gensler**
3862 projects · $182.3M
View company profile

EDWARD A GRUN 212 LAVAVA STREET STE# 390, AUSTIN, TX 78701
(512) 867-8100

TRAVIS COUNTY ECONOMY

| | |
|---|---|
| 4.0% Unemployment | $529K Median Listing |
| 15,059 Bldg Permits/yr | 1.4M Population |
| 6,332 Active Listings | $97K Median Income |

Source: FRED · Updated Jun 2026 · County projects →

EXPLORE AREA

Austin
View city projects

Chapter 469.

Travis County
View county projects

ZIP 78701
View zip code projects

FIND PROFESSIONALS

Contractors in Austin
Licensed contractors directory

Builders in Austin
Home & commercial builders

Architects in Austin
Architecture & design firms

## Compliance Timeline

- **Project Registered**
  March 15, 2016
- **Project Closed**
  December 1, 2016
- **Construction Start**
  April 1, 2016
- **Expected Completion**
  December 1, 2016

## Project Timeline

| Filed | Review Complete | Inspection Complete | Closed |
|---|---|---|---|
| Mar 15, 2016 | | | Dec 1, 2016 |

## Location & Views

Satellite | Street View | Map

Open in Maps | Get Directions | 30.26879, -97.74525

## Related Projects

### SAME OWNER — $12.3M total

- Meta Restoration Phase II
  Austin · $2.5M
- Meta Restoration
  Austin · $3.0M
- FACEBOOK- AUSTIN INTERNAL STAIR
  Austin · $780K

### SAME DESIGN FIRM — $182.3M total

- Balfour Beatty
  Dallas · $6.0M
- MealSuite Suite 525
  Farmers Branch · $350K
- Project Box One
  Dallas · $3.3M
- Project Box Two
  Dallas · $7.7M

### NEARBY PROJECTS — Within 1 km

- Orrick Expansion
  200 W 6th Street, Austin, TX 78701 · $225K
- Workplace Solutions
  221 West 6th Street Suite #150, Austin,... · $500K
- Procore 1040
  221 W 6th St., #1040, Austin, TX 78701 · $120K
- Texas Capital Austin
  415 Colorado Suite 1600 & Suite 1700,... · $1.0M

## Related City Permits

Building permits found at or near this location

210 W 6TH ST
View Details
129 ft away
2026-085736 BP

ePlan: Commercial Expedited Review - First Time Finish Out for The Twelve Thirty Club (38623 SF).

Active | Building Permit | Remodel | Jul 2026

RCC Associates

210 W 6TH ST
View Details
129 ft away
2026-030659 EP

ePlan: Commercial Expedited Review - Interior Remodel for Core Improvements for Future Finish Out. Not For Occupancy (38623 SF).

Active | Electrical Permit | Remodel | Jun 2026

Hilliard Electric LLC dba KC Electric Systems

210 W 6TH ST
View Details
129 ft away
2026-030659 PP

ePlan: Commercial Expedited Review - Interior Remodel for Core Improvements for Future Finish Out. Not For Occupancy (38623 SF).

Active | Plumbing Permit | Remodel | May 2026

Angell Services LLC.

210 W 6TH ST
View Details
129 ft away
2026-030659 MP

ePlan: Commercial Expedited Review - Interior Remodel for Core Improvements for Future Finish Out. Not For Occupancy (38623 SF).

Active | Mechanical Permit | Remodel | May 2026

RHF MECHANICAL

210 W 6TH ST
View Details
129 ft away
2026-049270 BP

Renovations to create moisture barrier for future tenant - Not for Occupancy

Active | Building Permit | Remodel | Apr 2026

Harvey-Cleary Builders ***MAIN***

## Related Site Plans

City of Austin site plan approvals at this location

**321 W. 6th**
0.04 mi away
Approved and Released | Office/Multifamily

**Block 71**
0.05 mi away
Closed | Commercial

**Block 71**
0.05 mi away
Approved and Released | Commercial

**Get alerts for Travis**
Daily email when new projects start nearby.
Start Alerts - $19/mo

**Download project data**
Get curated lists of projects with full contact info.
Browse Data Lists

Explore All Projects

THE TEXAS CONSTRUCTION BRIEFING
New projects, permits, site plans and bid deadlines — straight from public records. Free.

you@company.com

Central Texas (Austin)

Privacy • Help

Get the briefing

Free. Unsubscribe in one click. We never sell your address.

Zabalist

TEXAS CONSTRUCTION

The most comprehensive Texas construction intelligence platform. Search verified contractors, track permits, and explore projects across the state.

✓ Verified Data   Free to Search

**DIRECTORY**

- Contractors
- Builders
- Architects
- Developers
- Property Owners

**CONSTRUCTION DATA**

- Building Permits
- State Projects
- Site Plans
- Texas Data Centers
- New Apartments & Multifamily
- Hospital Construction
- Manufacturing & Industrial
- Semiconductor & Chip Fabs
- Solar & Energy Projects
- Self-Storage Construction
- Monthly City & Metro Reports
- Texas RFPs & Bids
- Browse by City
- Browse by County

**FREE TOOLS**

- Contractor License Lookup
- Permit Cost Estimator
- Free Contractor Badges
- Homeowner Resources
- About Zabalist
- Advertise With Us
- Contact Us

© 2026 Smart Austin LLC d/b/a Moon Sherpa Labs. All rights reserved.

Terms Privacy Cookies Do Not Sell Accessibility DMCA Data Sources

Data from verified public sources. Not affiliated with any government agency.