# EXHIBIT

# 20

CULTURE

# Meta plans $2.9 million renovation in downtown Austin

The project on West Sixth Street has an expected start date of May 1.

By **Andrea Guzmán**, *Staff Writer*
March 14, 2025



In an aerial view, the downtown skyline is seen on April 11, 2023 in Austin, Texas.
Brandon Bell/Getty Images

Want more Chron?
Add Preferred Source

Meta, the parent company of Facebook, Instagram and WhatsApp, is working on a tenant fit-up of a downtown Austin office at 300 West Sixth St.

Most Popular
1. KPRC reveals fate of Daniella Guzman after ticket investigation
2. Another KPRC 2 reporter is leaving as departures continue at the station

We use technologies that provide information about your interactions with this site to others for functionality, analytics, targeted advertising, and other purposes. Learn more in our Privacy Notice. You agree that your use of this website and the Hearst Services is governed by the Terms of Use (including the dispute resolution procedures).

Construction is set to include interior partitions, office glass storefronts and finishes on the doors, floor and wall. Plus, replacing a damaged ceiling, according to a new filing with the Texas Department of Licensing and Regulation. The project with an estimated cost of $2.9 million covers 25,000 square feet and has an expected start date of May 1. Completion of the project was listed as mid-July.

ADVERTISEMENT
Article continues below this ad

The filing comes as Meta weighs big moves in Texas. The company has reportedly talked to Texas officials about moving its incorporation from Delaware to the Lone Star State. And it recently struck a deal to deliver electricity to the Texas grid with the energy supporting Meta's data centers.

Meta also shared plans in January to move trust and safety teams from California to Texas and other U.S. locations as it initiates a community notes program. The user-generated corrections program, which uses X's algorithm as the basis of its rating system, is expected to launch in the U.S. next week.

Whether this latest Austin beautification project will be for Meta's benefit or another tenant is unclear, as Meta has a flaky history with Austin office spaces. In November 2022, Meta backed out of plans to move into downtown's Sixth and Guadalupe tower, shocking followers of Austin real estate since the tech giant would have occupied half of the 66-story tower.

That's just Texas.
Smart, funny and sometimes unhinged look at the week that was.
Email
Email address
Sign Up
By signing up, you agree to our Terms Of Use and acknowledge that your information will be used as described in our Privacy Policy.

By March 2024, Meta told the Austin Business Journal that it started sublease negotiations with possible tenants, but little updates have been provided since then.

ADVERTISEMENT
Article continues below this ad

Want more Chron?
Make us a Preferred Source on Google to see more of us when you search.
Add Preferred Source

4. Hundreds of DFW Airport workers caught in contract shakeup

5. A disappearing beach turned this Texas house into a Gulf Coast landmark



SPONSOR CONTENT
Take Better Care of Your Employees Without Doing It All Yourself
BY:

SHOPPING

This five-year piano learning app subscription is just $80

Doze's sateen duvet cover solves one of bedding's biggest frustrations

The best walkie-talkies when cell service disappears

The ultimate guide to backpacking with your dog

Save over $250 on the Luminar Neo Lifetime Bundle

BEST OF

BEST OF
H-Town, your winners are here! Meet the Best of the Best

BEST OF
The best mesothelioma lawyers in Houston

BEST OF
The best assisted living communities in Greater Houston

BEST OF

We use technologies that provide information about your interactions with this site to others for functionality, analytics, targeted advertising, and other purposes. Learn more in our Privacy Notice. You agree that your use of this website and the Hearst Services is governed by the Terms of Use (including the dispute resolution procedures).

Then, in September, Meta shed more real estate as building owners of a property in North Austin announced a Fortune 100 tech company would be the next tenant in Meta's place. IBM confirmed that it snatched up the space, with plans to move in starting Jan. 1, 2026.

Still, Meta has been a reliable tenant of another downtown office space, anchoring Third + Shoal tower, which has reportedly been decked out with artwork, a stage for live music and a dining hall.

## More Culture

**Age Limits** | Texas waterpark scorches critics of 'adults-only' event
**Laws** | This driving shortcut could get you in trouble in Texas
**Arlen** | 'King of the Hill' showrunner confirms more seasons on the way
**Classics** | Houston anthem finally gets a music video

*For the latest and best from Chron, sign up for our daily newsletter here.*

March 14, 2025



**Andrea Guzmán**
STAFF WRITER

Andrea Guzman reports on Tesla and Elon Musk at the Austin American-Statesman. Her career at Hearst started in 2023, when she joined Houston-based Chron as a reporter covering popular Texas brands. Her work has appeared in the Texas Observer, Mother Jones, Fortune, and the Washington Post. She holds a business degree from St. Edward's University, and a master's from the S.I. Newhouse School of Public Communications at Syracuse University. When she's not reporting, she enjoys reading, hiking and playing the violin. She can be reached at andrea.guzman@statesman.com.

Houston? Start here

BEST OF
The best K-12 private schools in Houston



Around The Web

Powered by

StatLock Foley Stabilization Device, Sterile, Adult | 1 Each | Carewell
By Carewell US

Crossover™ Victory Trainer - White / White / 10
By Wolf & Shepherd

Why Thousands of Americans Are Ditching Solar Panels for This Low-Cost Invention
By Energy Revolution System

Allen Edmonds Gino Loafer in Taupe Suede, Leather/Rubber
By Allen Edmonds

After 60, Leg Strength Comes From One Simple Daily Move
By ApexLabs

Hang a Ziplock With Water and Pennies (See Why)
By Smartest Life Hacks

Johnston & Murphy Anders Stretch Lace Sneakers
By Jos A Bank

Spinal Stenosis is Not From Tight Muscles. Meet The Real Enemy (Stop This)
By SmoothSpine

Endocrinologist: If You Have Diabetes, Read This Before It's Removed!
By Health Weekly

MORE CULTURE

CULTURE
Carlos Correa's feet stun in bizarre new Gallery Furniture commercial

CULTURE
John Oliver says he felt confident Buc-ee's wouldn't take the bait

HOUSTON
Alleged Cartel Bo kidnapping victim recants accusations

TEXAS
H-E-B to start construction on new North Texas store

TEXAS
Texas A&M professors sue university system over race, gender policy

CULTURE
Woman sues Houston strip club after altercation with security

We use technologies that provide information about your interactions with this site to others for functionality, analytics, targeted advertising, and other purposes. Learn more in our Privacy Notice. You agree that your use of this website and the Hearst Services is governed by the Terms of Use (including the dispute resolution procedures).

It)
By Health Weekly

By MadeInGenius

MORE FROM CHRON

HOUSTON

**This $13M Houston-area driving course is all about police pursuits**



No pit crews here—just patrol cars.

BY MOLLY WILHELM

NEWS

**Small Houston boutique law firm lands federal $150M immigration contract**




The contract moves a 20,000-child caseload to a 26-representative Houston firm.

BY MACY MEINHARDT

TEXAS

**Texas A&M debuts first building on future North Texas campus**



The largest university in Texas is making moves.

BY MOLLY WILHELM

HOUSTON

**Texas TV reporters speak out after massive newsroom shakeup**




Journalists are revealing how the layoffs changed their newsroom.

BY ARIANA GARCIA

NEWS

**Award-winning college instructor detained at Texas airport**



He was arrested at DFW Airport after visiting Dallas for a meeting.

BY MICHAEL SHAPIRO



HEARST newspapers © 2026 Hearst Newspapers, LLC Terms of Use Privacy Notice DAA Industry Opt Out

Your Privacy Choices (Opt Out of Sale/Targeted Ads)

We use technologies that provide information about your interactions with this site to others for functionality, analytics, targeted advertising, and other purposes. Learn more in our Privacy Notice. You agree that your use of this website and the Hearst Services is governed by the Terms of Use (including the dispute resolution procedures).