# EXHIBIT

# 21

**Monday, August 17, 2026 at 3:07:11 PM Pacific Daylight Time**

---

**Subject:** Re: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG
**Date:** Tuesday, August 11, 2026 at 4:31:05 PM Pacific Daylight Time
**From:** Tanner Laiche
**To:** Rocco Magni, Watkins, Alison, Willett, Taryn
**CC:** Tamar Lusztig, Brian Melton, Max Tribble, Emily Portuguese, Samuel Drezdzon, Rachel Hanna, Richard Wojtczak, Rachel Solis

Hi Alison,

As an update, NVIDIA has agreed to extend Neural AI's deadline to file third-party discovery motions through August 18. We would like to use that additional time to try to resolve the outstanding issues.

We appreciate Meta's openness to using a declaration to resolve the subpoenas. That said, we would appreciate the opportunity to review any proposed revisions before the declaration is finalized or executed so that we can assess whether the declaration, as revised, sufficiently addresses the information sought by the subpoenas and avoids the need for additional discovery. If the final declaration does not address material information or leaves material issues unclear, Neural AI reserves the right to seek that information through appropriate document or deposition discovery.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 I tlaiche@susmangodfrey.com
401 Union Street I Suite 3000 I Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**
This e-mail contains privileged and confidential information, which may be subject to the attorney-client privilege and/or attorney work product protection. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Date:** Tuesday, August 11, 2026 at 4:16 PM
**To:** Watkins, Alison <alison.watkins@ashurstperkins.com>; Willett, Taryn <taryn.willett@ashurstperkins.com>; Tanner Laiche <TLaiche@susmangodfrey.com>
**Cc:** Tamar Lusztig <TLusztig@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>
**Subject:** Re: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG

Answers below, thanks.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Watkins, Alison <alison.watkins@ashurstperkins.com>
**Date:** Tuesday, August 11, 2026 at 3:51 PM
**To:** Willett, Taryn <taryn.willett@ashurstperkins.com>; Tanner Laiche <TLaiche@susmangodfrey.com>
**Cc:** Rocco Magni <RMagni@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>
**Subject:** RE: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG

EXTERNAL Email
Tanner, I'm just following up to make sure you saw our email below because I understood you to be under a deadline and we need responses from your team to continue.

Thanks,
Alison

**Alison Watkins**
Partner

D: +1 650 838 4776

**Ashurst Perkins Coie**
3150 Porter Drive
Palo Alto, CA 94304-1212
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Willett, Taryn (PAO) <TWillett@perkinscoie.com>
**Sent:** Monday, August 10, 2026 1:32 PM
**To:** Tanner Laiche <TLaiche@susmangodfrey.com>

**Cc:** Watkins, Alison (PAO) <AWatkins@perkinscoie.com>; Rocco Magni <RMagni@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>
**Subject:** RE: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG

Tanner,

We have the following questions regarding the draft declaration you provided:

1. Draft declaration ¶ 3 asks for names of the employed GPU "architecture(s)" and "specific GPU model(s)." Definition 1 of the subpoena lists over two hundred devices that these "architectures include." Are you asking Meta to confirm whether it uses each of those devices? Or is this declaration soliciting which of the "Hopper, Ada Lovelace, Ampere, Turing, Volta, Pascal, Maxwell, Jetson, and Blackwell architectures of NVIDIA graphics processing units" Meta uses in the ordinary course of business?

The latter. Just a list of whatever it is you use.

2. Draft declaration ¶¶ 5, 9 identify "PyTorch" as an NVIDIA offering. Our understanding is that PyTorch is not NVIDIA-provided. Please clarify.

We can strike Nvidia before offering in para 5 and replace with software. Para 9 does not refer to PyTorch as an NVIDIA offering. It says "other Nvidia software" after referring to Tensor RT

5. In the ordinary course of business, [COMPANY NAME] uses the following ~~NVIDIA~~ software offerings in connection with the Deployed NVIDIA GPUs: [Select PyTorch and/or TensorRT].

9. In the ordinary course, [COMPANY NAME] uses one or more pretrained neural-network models, model implementations, or model configurations distributed, made available, or recommended by NVIDIA. In the ordinary course, [COMPANY NAME] deploys those models, implementations, or configurations using PyTorch, TensorRT, or other NVIDIA software without modifying their underlying network structure or low-level implementation code.

3. Draft declaration ¶ 6 identifies "Triton" as an NVIDIA offering. Our understanding is that Triton is not NVIDIA-provided and is not a top-layer application. Please clarify.

We can remove Nvidia before offering and replace with software.

6. In the ordinary course of business, [COMPANY NAME] uses the following ~~NVIDIA~~ software offerings in connection with the Deployed NVIDIA GPUs: [Select among Modulus, Maxine, cuQuantum, Merlin, Ariel, Monai, Triton, Nemo, Riva, Metropolis, Holoscan, Clara Parabricks, Rapids, Issac, Drive, and Morpheus].

Once these points are clarified, we can work with our client to complete the declaration.

Thank you,

**Taryn T. Willett**
Associate

D: +1 650 838 4570

**Ashurst Perkins Coie**
3150 Porter Drive
Palo Alto, CA 94304-1212
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:**
**Sent:** Thursday, August 6, 2026 12:53 PM
**To:** Watkins, Alison (PAO) <awatkins@perkinscoie.com>
**Cc: Subject:** Re: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG

Counsel,

Thank you. The timing is driven by the August 11 document-discovery deadline. We understand that the declaration's contents will depend on Meta's investigation and the facts concerning its use of NVIDIA hardware and software. At the same time, given that the subpoenas were served several weeks ago, we would expect Meta's investigation to be substantially complete by now. We are available to meet and confer tomorrow at 2:00 pm PT. I will circulate a calendar invite.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 I tlaiche@susmangodfrey.com
401 Union Street I Suite 3000 I Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Watkins, Alison <alison.watkins@ashurstperkins.com>
**Date:** Thursday, August 6, 2026 at 6:15 AM
**To:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Subject:** Re: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG

EXTERNAL Email
Tanner,
I'm a little surprised since so little time has passed and the parties are not at an impasse on any issues. We are not opposed to proving a declaration in lieu of documents, but the contents of the declaration will of course depend on what the facts are with respect to

Meta's use or lack thereof of the NVIDIA software. I'm available to meet and confer tomorrow after 11 am PT. Please let me know what time works for you.

Regards,
Alison

Alison Watkins
awatkins@perkinscoie.com

On Aug 4, 2026, at 2:30 PM, Tanner Laiche <TLaiche@susmangodfrey.com> wrote:

Counsel,

Thank you for your email. Despite the parties' prior meet-and-confers, document discovery in the underlying action closes on August 11. Unless the parties can promptly reach a resolution, that deadline leaves Neural AI no practical alternative but to move to compel by the end of this week or, at the latest, August 10, to preserve its rights.

To reduce burden and potentially avoid motion practice, I am attaching a short set of questions intended to guide your investigation and help identify the responsive information, and also recirculating the draft declaration we previously shared, and that Meta may revise to ensure its accuracy.

If Meta commits to provide an executed declaration, Neural AI is willing to consider accepting the declaration in lieu of further document production and/or deposition testimony, subject to resolving any material gaps. Otherwise, the discovery deadline will force Neural AI to move to compel by or before August 10 to preserve its rights. Even if a motion becomes necessary, we remain open to resolving the issues promptly and mooting or withdrawing the motion through compliance.

We are available this week to further meet and confer as necessary.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 I tlaiche@susmangodfrey.com
401 Union Street I Suite 3000 I Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Watkins, Alison <alison.watkins@ashurstperkins.com>
**Date:** Tuesday, August 4, 2026 at 6:10 AM
**To:** Rocco Magni <RMagni@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; max@ciccarellilawfirm.com <max@ciccarellilawfirm.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com <wellerman@cjsjlaw.com>; msiegmund <msiegmund@cjsjlaw.com>
**Subject:** RE: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG

EXTERNAL Email
Rocco,

I appreciate your deadline, but Meta is a large company and we are still investigating the extent to which Meta uses any of the long list of Nvidia software identified in the subpoena. I will be in touch with more information at the end of the week.

Regards,
Alison


**Alison Watkins**
Partner

---

D: +1 650 838 4776

**Ashurst Perkins Coie**
3150 Porter Drive
Palo Alto, CA 94304-1212
ashurstperkinscoie.com


Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Sunday, August 2, 2026 6:55 PM
**To:** Watkins, Alison (PAO) <awatkins@perkinscoie.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; max@ciccarellilawfirm.com; Tanner Laiche <TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com; msiegmund <msiegmund@cjsjlaw.com>
**Subject:** Re: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG

Alison,

Our discovery deadline is approaching soon. Please let us know when you can confer again this upcoming week. Thanks.

--

Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
Firm Bio

This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Date:** Wednesday, July 29, 2026 at 4:14 PM
**To:** Watkins, Alison <alison.watkins@ashurstperkins.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; max@ciccarellilawfirm.com <max@ciccarellilawfirm.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com <wellerman@cjsjlaw.com>; msiegmund <msiegmund@cjsjlaw.com>
**Subject:** Re: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG

Alison,

Thanks for the update. To clarify, we have not agreed to drop our document requests. In the abstract, we would be amenable to a declaration in lieu of the documents, depending on the level of detail you are able to provide in the declaration. When do you anticipate having more information to share? Thanks.

--

Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
Firm Bio

This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Watkins, Alison <alison.watkins@ashurstperkins.com>
**Date:** Wednesday, July 29, 2026 at 5:10 PM
**To:** Rocco Magni <RMagni@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; max@ciccarellilawfirm.com <max@ciccarellilawfirm.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com <wellerman@cjsjlaw.com>; msiegmund <msiegmund@cjsjlaw.com>
**Subject:** RE: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG
EXTERNAL Email
Rocco,

Thank you for confirming that Neural AI would accept a declaration in lieu of deposition testimony and providing this template. Meta is still investigating its use of the software identified in the subpoena and I will be in touch when I have more information. Matt is departing Ashurst Perkins Coie so I will be your contact for this subpoena going forward.

Regards,


**Alison Watkins**
Partner

D: +1 650 838 4776

**Ashurst Perkins Coie**
3150 Porter Drive
Palo Alto, CA 94304-1212
ashurstperkinscoie.com


Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Tuesday, July 28, 2026 4:44 PM
**To:** Pierce, W. Matt (DEN) <wpierce@perkinscoie.com>; Walkup, Matthew (SFO) <mwalkup@perkinscoie.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; max@ciccarellilawfirm.com; Tanner Laiche <TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com; msiegmund <msiegmund@cjsjlaw.com>
**Cc:** Watkins, Alison (PAO) <awatkins@perkinscoie.com>

**Subject:** Re: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG

Matt,

Attached is the declaration template I referred to on our call. Do you have time later this week to connect on an update?

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Date:** Monday, July 20, 2026 at 1:31 PM
**To:** Pierce, Matt <wmatthew.pierce@ashurstperkins.com>; Walkup, Matthew <matthew.walkup@ashurstperkins.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; max@ciccarellilawfirm.com <max@ciccarellilawfirm.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com <wellerman@cjsjlaw.com>; msiegmund <msiegmund@cjsjlaw.com>
**Cc:** Watkins, Alison <alison.watkins@ashurstperkins.com>
**Subject:** Re: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG
Matt,

Let's do 10am pacific on 7/21. Thanks.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Pierce, Matt <wmatthew.pierce@ashurstperkins.com>

**Date:** Friday, July 17, 2026 at 5:01 PM
**To:** Rocco Magni <RMagni@susmangodfrey.com>; Walkup, Matthew <matthew.walkup@ashurstperkins.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; max@ciccarellilawfirm.com <max@ciccarellilawfirm.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com <wellerman@cjsjlaw.com>; msiegmund <msiegmund@cjsjlaw.com>
**Cc:** Watkins, Alison <alison.watkins@ashurstperkins.com>
**Subject:** RE: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG
EXTERNAL Email
Hi Rocco,

We're currently available to confer Tuesday, 7/21, between 10am-12pm PT, or Thursday, 7/23, between 9am-10am PT or 11am-12pm PT.

Best,
Matt

**Matt Pierce**
Counsel

D: +1 303 291 2369

**Ashurst Perkins Coie**
1900 Sixteenth Street Suite 1400
Denver, CO 80202-5255
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Friday, July 17, 2026 9:06 AM
**To:** Walkup, Matthew (SFO) <mwalkup@perkinscoie.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; max@ciccarellilawfirm.com; Tanner Laiche <TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com; msiegmund <msiegmund@cjsjlaw.com>
**Cc:** Watkins, Alison (PAO) <awatkins@perkinscoie.com>; Pierce, W. Matt (DEN) <wpierce@perkinscoie.com>
**Subject:** Re: Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG

Counsel,

Please provide your availability next week to meet and confer. Thanks.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

**From:** Walkup, Matthew <matthew.walkup@ashurstperkins.com>
**Date:** Thursday, July 16, 2026 at 8:32 PM
**To:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; max@ciccarellilawfirm.com <max@ciccarellilawfirm.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; wellerman@cjsjlaw.com <wellerman@cjsjlaw.com>; msiegmund <msiegmund@cjsjlaw.com>
**Cc:** alison.watkins@ashurstperkins.com <alison.watkins@ashurstperkins.com>; wmatthew.pierce@ashurstperkins.com <wmatthew.pierce@ashurstperkins.com>
**Subject:** Neural AI v. NVIDIA WDTX Case No. 7:24-cv-00221-ADA-DTG
EXTERNAL Email
Good afternoon,

Attached please find Non-Party Meta Platform, Inc.’s Objections and Responses to Plaintiff Neural AI, LLC’s Subpoenas to Meta Platforms, Inc.

~Matt

**Matthew Walkup**
Legal Practice Assistant

D: +1 415 344 7118

**Ashurst Perkins Coie**
505 Howard Street Suite 1000
San Francisco, CA 94105-3204
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

<Neural AI, Third-Party Questions.docx>
<Neural AI, Draft Third-Party Declaration.docx>

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities

in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.