**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Petitioner,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Respondent. | Misc. Case No. 7:26-mc-00322-LS<br><br>Principal case pending in Western District of Texas, Civil Action No. 7:24-cv-00221-LS-DTG |

**[PROPOSED] ORDER DISMISSING CASE**

Before the Court is Petitioner Neural AI, LLC Motion to Dismiss Case as moot. Having considered the Motion, the Court finds good cause and GRANTS the dismissal.

**SO ORDERED: this _____ day of _____________________, 2026.**

______________________________
United States District Judge