**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

NEURA L AI, L LC,

vs. Case No.: 7:26-mc-00322-LS

META PLATFORMS, INC.,

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Tamar Lusztig, counsel for Neural AI, LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Tamar Lusztig may appear on behalf of Neural AI, LLC in the above case.

IT IS FURTHER ORDERED that Tamar Lusztig, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the __________ day of ______________________________, 20_______.

______________________________________

UNITED STATES DISTRICT JUDGE